**Robert D. LOUIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101292**

Missouri Court of Appeals,
Eastern District,
**Division Three.**

FILED: May 12, 2015

Gwenda Renee Robinson, Assistant Public Defender, Office of the Missouri Public Defender, St. Louis, for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, for Respondent.

Before: Kurt S. Odenwald, P.J., Robert G. Dowd, Jr., J., and Gary M. Gaertner, Jr., J.

*ORDER*

PER CURIAM.

Appellant Robert Louis ("Louis") appeals from the judgment of the motion court denying his Rule 24.035[1] motion for post-conviction relief following an evidentiary hearing. Louis avers that the motion court clearly erred in denying his Rule 24.035 motion because there was an insufficient factual basis to support his 2011 guilty plea to driving while intoxicated.

Louis further alleges that he was improperly convicted as an aggravated offender in 2013 for driving while intoxicated because his 2011 conviction was invalid.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our decision. We affirm the judgment of the motion court pursuant to Rule 84.16(b).

1. All rule references are to Mo. R. Crim. P.